Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 JUN 23 PM 1:27

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

4 Division

|  |  |
|---|---|
| Araceli Diaz Harper | Case No. CV420-139 |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☐ No |
| -v- | |
| The Savannah Chatham County Public School Distric New Hampstead Hight School M. Ann Levett, Ed. D. Tawn Foltz Garry Jacobs Maria Nessen | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Araceli Diaz Harper
Street Address          124 Van Nuys Boulevard
City and County         Savannah, Chatham
State and Zip Code      Georgia, 31419
Telephone Number        912 - 272 - 4579
E-mail Address          harperaraceli@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name The Savannah Chatham County Public School District (SCCPSS)

Job or Title *(if known)*

Street Address 208 Bull Street,

City and County Savannah, Chatham

State and Zip Code Georgia, 31401

Telephone Number 912 - 395 - 5600

E-mail Address *(if known)*

Defendant No. 2

Name New Hampstead High School (NHHS)

Job or Title *(if known)*

Street Address 2451 Little Neck Road

City and County Bloomingdale, Chatham

State and Zip Code Georgia, 31302

Telephone Number 912 - 395 - 6789

E-mail Address *(if known)*

Defendant No. 3

Name M. Ann Levett, Ed. D.

Job or Title *(if known)* Superintendent

Street Address 208 Bull Street

City and County Savannah, Chatham

State and Zip Code Georgia, 31401

Telephone Number 912 - 395 - 5600

E-mail Address *(if known)* Superintendent@sccpss.com

Defendant No. 4

Name Tawn Foltz

Job or Title *(if known)* Principal

Street Address 2451 Little Neck Road

City and County Bloomingdale, Chatham

State and Zip Code Georgia, 31302

Telephone Number 912 - 395 - 6787

E-mail Address *(if known)* Tawn.Foltz@sccpss.com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 5

    Name — Garry Jacobs

    Job or Title *(if known)* — Assistant Principal

    Street Address — 2451 Little Neck Road

    City and County — Bloomingdale, Chatham

    State and Zip Code — Georgia, 31302

    Telephone Number — 912-395-6787

    E-mail Address *(if known)* — Garry.Jacobs@sccpss.com

Defendant No. 6

    Name — Maria Nessen

    Job or Title *(if known)* — Assistant Principal

    Street Address — 2451 Little Neck Road

    City and County — Bloomingdale, Chatham

    State and Zip Code — Georgia, 31302

    Telephone Number — 912-395-6789

    E-mail Address *(if known)* — Maria.Nessen@sccpss.com

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name _the Savannah Chatham County Public School District_

Street Address _208 Bull Street_

City and County _Savannah, Chatham_

State and Zip Code _Georgia   31401_

Telephone Number _912 - 395 - 5600_

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

a) ADAAA 29 C.F.R § 1630. 2(i)

b) First Amendment of the U.S. Constitution

☑ Other federal law *(specify the federal law)*: c) Fourteenth Amendment of the U.S Constitution

d) Due Process Clause, fourteen Amendment of the U.S. Constitution

☑ Relevant state law *(specify, if known)*: a) Georgia Fair Employment Practices Act

b) GA Code sec. 45-19-20 et seq

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**III.    Statement of Claim** *Please, see the attachment of 7 pages that is staple to this sheet.*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify):* { *Race discrimination, Humiliation National origin discrimination, Discriminatory treatment Harrassment, sabotage, Disability discrimination*

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

*2018 (August, September, October, November)*

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☐    gender/sex _____

☐    religion _____

☑    national origin *Treating me unfavorable because of my accent*

☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)* *Health, Retaliation, Coercion, intimidation, visual, psychological problems and mental impairments*

E.    The facts of my case are as follows. Attach additional pages if needed. *Please, see attachments that are in a clearbag. Also, please see that is staple in this sheet an attachment with the description of the facts for this case. Plus the attachments in the* *clearbag.*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_11/08/2018_

B.      The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☑        issued a Notice of Right to Sue letter, which I received on *(date)* _March 26 2020_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

## V.    Relief  *Please, see the attachment of 1 page that is staple to this sheet.*

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   June 17, 2020

Signature of Plaintiff

Printed Name of Plaintiff   Araceli Diaz Harper

### B.        For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____