AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ARACELI DIAZ HARPER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV420-139

M. ANN LEVETT, ED. D., TAWN FOLTZ, and GARRY JACOBS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 26, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' Motion to Dismiss is granted, and this case stands closed.



| August 29, 2022 | | John E. Triplett, Clerk of Court |
|---|---|---|
| Date | | Clerk |
| | | *Candy Cashell* (signature) |
| | | (By) Deputy Clerk |